UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURTIS HEAD,

    Plaintiff,

    v.

KOMMANDIT-GESELLSCHAFT MS SAN ALVARO OFFEN REEDEREI GMBH & CO., REEDEREI CLAUS-PETER OFFEN GMBH & CO KG, HAMBURG SUD NORTH AMERICA, INC., and NORTON LILLY INTERNATIONAL, INC.,

    Defendants.

CASE NO. C12-1561RSM

ORDER ON DEFENDANT NORTON LILLY INTERNATIONAL, INC.'S MOTION FOR SUMMARY JUDGMENT

This matter is before the Court for consideration of a summary judgment motion filed by defendant Norton Lily International, Inc. ("Norton Lilly"). Dkt. # 6. The motion was noted for October 19, 2012 and no party has responded to oppose the motion. Norton Lilly has filed with the motion declarations which meet the requirements of Fed.R.Civ.P. 56(c) and establish that this defendant is entitled to summary judgment under Fed.R.Civ.P. 56(e)(3). Declaration of Marco Calvo, Dkt. # 7; Declaration of Mugurel Calin, Dkt. # 8; Declaration of Martinus Johnson, Jr., Dkt. # 9. Accordingly, Norton Lilly's motion for summary judgment (Dkt. # 6) is GRANTED and this defendant is DISMISSED from this action.

DATED: November 7, 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1